(87 South. 562)

## MARTIN et al. v. BLOCTON–CAHABA COAL CO. (2 Div. 742.)

(Supreme Court of Alabama. Jan. 21, 1921.)

Appeals from Circuit Court, Bibb County; B. M. Miller, Judge.

Action by the Blocton-Cahaba Coal Company against Lee Martin and others. From judgments for plaintiff, defendants appeal. Affirmed.

Frank S. White & Sons, of Birmingham, for appellants.

Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Carried under this number are 28 appeals, which by agreement of counsel are to be determined by the test case of William Johnson v. Blocton-Cahaba Coal Co., ante, p. 373, 87 South. 559.

Each case is affirmed on the authority of William Johnson v. Blocton-Cahaba Coal Co., ante, p. 373, 87 South. 559.